**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**DONALD G. EDWARDS**                                                              **PETITIONER**

v.                                                                         **No. 3:06CV57-P-A**

**JOE THORNTON, ET AL.**                                                   **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d). In light of this ruling, any motions currently pending in this case are hereby **DISMISSED** as moot.

**SO ORDERED,** this the 1st day of November, 2006.

                                                              /s/ W. Allen Pepper, Jr.
                                                              W. ALLEN PEPPER, JR.
                                                              UNITED STATES DISTRICT JUDGE